Case: 41CO1:22-cv-00462  Document #: 2  Filed: 04/29/22  Page 1 of 11

USDC No. 1:22CV84-NBB-DAS

IN THE COUNTY COURT OF LEE COUNTY, MISSISSIPPI

PATSY YOUNG                                                                PLAINTIFF

VS.                                                       CIVIL ACTION NO CV22-462

SOUTHERN HOUSING ENTERPRISES, INC.                         DEFENDANTS
AKA SOUTHERN HOUSING OF NETTLETON, INC.;
CHAMPION HOME BUILDERS, INC.;
JOHN DOES #1-5; AND
XYZ CORPORATIONS #1-5

## COMPLAINT
## JURY TRIAL DEMANDED

Plaintiff, Patsy Young, files this her Complaint against Defendants, Southern Housing Enterprises, Inc. aka Southern Housing of Nettleton, Inc., Champion Home Builders, Inc.; John Does #1-5; and XYZ Corporations #1-5.

## NATURE OF THE ACTION AND RELIEF SOUGHT

1. Plaintiff contends that on May 28, 2019 she purchased a 2019 Champion Model 6011, Serial Numbers 021000 11A005228AB. The subject manufactured home has failed to perform as described and warranted. For this, Plaintiff seeks all remedies available to her, including the purchase price of the manufactured home, transportation costs of the manufactured home, reimbursement for appurtenances to the manufactured home, all moving expenses, out-of-pocket expenses, emotional distress damages, pre-judgment interest, post-judgment interest, attorney's fees, litigation expenses, punitive damages and costs of court, as well as any other actual or compensatory damages that the proof may support.

## JURISDICTION AND VENUE

2. The Court has jurisdiction over the parties and the subject matter.

1

EXHIBIT A

FILED
APR 29 2022
CAMILLE ROBERTS
LEE CO CIRCUIT CLERK

3. Venue is proper in the County Court of Lee County, Mississippi, as the parties contracted for the purchase of the manufactured home described herein in Lee County, Mississippi and the Defendant, Southern Housing Enterprises, Inc. aka Southern Housing of Nettleton, Inc., is located and operates its principal place of business in Lee County, Mississippi.

## PARTIES

4. Plaintiff, Patsy Young, is an individual adult resident citizen of Webster County, Mississippi.

5. Defendant, Southern Housing Enterprises, Inc. aka Southern Housing of Nettleton, Inc., is a corporation duly organized and existing under the laws of the State of Mississippi, with its principal place of business located at 2501 South Gloster Street, Tupelo, Mississippi 38801. Southern Housing Enterprises, Inc. aka Southern Housing of Nettleton, Inc., may be served with process by serving its registered agent, Richard Shane McLaughlin, who may be served with process at 338 North Spring Street, Tupelo, Mississippi 38804.

6. Defendant, Champion Home Builders, Inc. (hereinafter "Champion"), a foreign corporation with its principal place of business located at 5573 East North Street, Dryden, Michigan 48428, and which may be served with process by serving its registered agent, C. T. Corporation System, 645 Lakewood East Drive, Suite 101, Flowood, Mississippi 39232.

7. On May 28, 2019, Plaintiff contracted with the Defendant, Southern Housing Enterprises, Inc. aka Southern Housing of Nettleton, Inc.,(hereinafter "Southern Housing") for the purchase of a 2019 Champion Model 6011 model, manufactured home. A copy of the Certificate of Title is attached hereto as Exhibit 'A' and incorporated herein by reference. Upon receipt, a copy of the purchase agreement will be also made a part of Exhibit 'A".

2

8. Pursuant to the purchase agreement entered into between the Plaintiff and Southern Housing, Southern Housing was to install the manufactured home on Plaintiff's property.

9. Southern Housing did in fact install the subject manufactured home on the Plaintiff's property.

10. After moving into her home, Plaintiff discovered numerous defects with her home.

11. The problems with the subject manufactured home include, but are not limited to, warped floors, warped walls, caving ceiling, failing windows and other structural damage.

12. Plaintiff has made repeated unsuccessful requests that her home be repaired and/or replaced. Defendants have steadfastly refused Plaintiff's demands except to make half-hearted attempts at repairs which were only partly successful or wholly unsuccessful.

## CAUSES OF ACTION

### Count One: Breach of Contract

13. Plaintiff re-adopts all allegations contained herein by reference.

14. The actions of Defendants, Southern Housing and Champion, constitute a breach of the contract entered into between the parties.

15. As a result, Plaintiff is entitled to an award of damages and all available relief pursuant to the Defendants' breach of contract.

### Count Two: Breach of Express Warranties

16. Plaintiff re-adopts all allegations contained herein by reference.

17. Express warranties are applicable to the subject manufactured home.

18. The condition of the manufactured home is not in conformance with the manufactured home's express warranties; therefore, Plaintiff is entitled to an award of damages

3

and all available relief against the Defendants, Southern Housing and Champion, pursuant to the home's express warranties.

### Count Three: Breach of Implied Warranties

19. Plaintiff re-adopts all allegations contained herein by reference.

20. Implied warranties are applicable to Plaintiff's purchase of the subject manufactured home.

21. The subject manufactured home does not meet the implied warranties applicable thereto; therefore, Plaintiff is entitled to an award of damages and all available relief against the Defendants, Southern Housing and Champion, pursuant to the applicable implied warranties.

### Count Four: Breach of New Home Warranty Act

22. Plaintiff re-adopts all allegations contained herein by reference.

23. The subject manufactured home was not constructed subject to the New Home Warranty Act as codified by the Mississippi Code §83-58-1, et seq.

24. The subject manufactured home's construction does not meet the standards prescribed by Mississippi's New Home Warranty Act as referenced above, and Plaintiff is entitled to all damages, against the Defendants, Southern Housing and Champion, prescribed by the New Home Warranty Act.

### Count Five: Breach of Warranties Provided by Mississippi UCC

25. Plaintiff re-adopts all allegations contained herein by reference.

26. The manufacture and sale of the subject manufactured home is subject to the Uniform Commercial Code as codified by the Mississippi Code §75-2-101, et seq.

27. The sale and construction of the subject manufactured home was in violation of the

4

Uniform Commercial Code as referenced above, thereby entitling Plaintiff to an award of all applicable damages, against the Defendants, Southern Housing and Champion, as set forth by the Uniform Commercial Code as referenced above.

### Count Six: Magnuson - Moss Act

28. Plaintiff re-adopts all allegations contained herein by reference.

29. The Defendants, Southern Housing and Champion's, failure to correct said defects constitutes a violation of the Magnuson-Moss Warranty-Federal Trade Commission Improvement Act, 15 U.S.C. 1501-12 (the 'Magnuson-Moss Act').

30. The Defendants, Southern Housing and Champion's, efforts to cure defects are unavailing after what was a "reasonable" number of attempts and is a violation of the Magnuson-Moss Warranty, 15 U.S.C. 2301-2312.

### Count Seven: Recission/Revocation

31. Plaintiff re-adopts all allegations contained herein by reference.

32. Under the Uniform Commercial Code (U.C.C. 2-608), Plaintiff seeks to rescind or revoke acceptance of the manufactured home whose nonconformity impairs its value that was reasonably induced by difficulty of discovery before acceptance. MISS CODE ANN. 75-2-608 (2013).

33. Plaintiff seeks to exercise her right to elect rescission of the purchase agreement pursuant to MISS CODE ANN. 75-2-718 and 75-2-719.

34. Plaintiff seeks attorney's fees pursuant to MISS CODE ANN 83-58-17(1) (Rev. 2004) which states: If a builder violates any of the provisions for this chapter by failing to perform as required by the warranties provided in this chapter, any affected owner shall have a

5

cause of action against the builder for actual damages, including attorney fees and court costs, arising out of the violations.

### Count Eight: Intentional Infliction of Emotional Distress

35. Plaintiff re-adopts all allegations contained herein by reference.

36. Plaintiff put the Defendants, Southern Housing and Champion, on notice of the defects of the subject home after said defects surfaced so that Defendants could correct same, and Defendants capriciously ignored the same well-knowing that their course of conduct was intended to inflict, and did in fact inflict, mental distress upon the Plaintiff for which she has incurred damages. A copy of the Mississippi State Fire Marshall's correspondence dated March 9, 2020 is attached hereto as Exhibit 'B'.

### Count Nine: Negligent Infliction Of Emotional Distress

37. Plaintiff re-adopts all allegations contained herein by reference.

38. Plaintiff put Defendants, Southern Housing and Champion, on notice of the defects of the subject home after said defects surfaced so that Defendants could correct same, and Defendants negligently ignored the same which resulted in the infliction of mental distress upon the Plaintiff for which she has incurred damages thereby entitling Plaintiff to compensatory damages.

### Count Ten: Punitive Damages

39. Plaintiff re-adopts all allegations contained herein by reference.

40. Defendants, Southern Housing and Champion's, intentional infliction of emotional

6

distress was willful, wanton and in total disregard for Plaintiff's person and well-being; as such, Plaintiff is entitled to an award of punitive damages.

Plaintiff requests all other relief to which this Court finds is justly entitled to Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Patsy Young, requests that this Court enter judgment in her favor against the Defendants, Southern Housing and Champion, for the relief requested above.

Respectfully submitted, this the 21st day of April, 2022.

PATSY YOUNG,
Plaintiff

BY: _____
EDWIN H. PRIEST (MS Bar No. 9429)
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
PRIEST & WISE, PLLC
ATTORNEYS AT LAW
P. O. BOX 46
TUPELO, MS 38802
(662) 842-4656
(662) 842-4855 (FACSIMILE)

FILED
APR 29 2022
CAMILLE ROBERTS DULANEY
LEE CO. CIRCUIT CLERK
_____ D.C.

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 021000HA005228AB | CHAM | 2018 | 6011 | HS | MS1882483712 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 07/29/2019 | 06/18/2019 | | NEW | MH | EXEMPT |

OWNER(S)

YOUNG, PATSY
1525 GREENSBORO ROAD
EUPORA MS 39744

BRANDS

1ST LIENHOLDER

SUPERIOR CHOICE CREDIT UNION
1320 GRAND AVE
SUPERIOR WI 54880-1726

DATE: 06/18/2019

2ND LIENHOLDER

DATE:

MAIL TO

SUPERIOR CHOICE CREDIT UNION
1320 GRAND AVE
SUPERIOR WI 54880-1726

M295-2

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
                (LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
                (LIENHOLDER)                                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 29TH DAY OF JULY 20 19

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

Herb Frierson

FILED

VOID IF ALTERED

EXHIBIT 'A'



# STATE FIRE MARSHAL'S OFFICE
DIVISION OF THE MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**RICKY DAVIS**
State Chief Deputy Fire Marshal

660 NORTH STREET, SUITE 100B
JACKSON, MISSISSIPPI 39202
www.mid.ms.gov

**MAILING ADDRESS**
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-1061
FAX: (601) 359-1076

March 9, 2020

Patsy Young
1525 Greensboro Rd
Eupora, MS  39744

Subject: Inspection Report for Consumer Complaint # Patsy Young
Homeowner: Patsy Young
Address: 1525 Greensboro Rd, Eupora, MS 39744

Dear Homeowner:

A comprehensive on-site inspection was conducted at the subject home on   February 28, 2020
The inspection party consisted of the following person(s):

Deputy State Fire Marshal's Office: Donald Wilson

Manufacturer: Champion Home Builders
    Joe Andrews

Retailer: Southern Housing
    Thomas Riley

Installer:

A room-by-room inspection was conducted with the homeowner and the members of the inspection party. The homeowner indicated the location of each of the listed concerns in each room of the home. Photographs and notes were taken by the inspection party for each item identified by the homeowner. The enclosed table lists the rooms in the home that were inspected and the concerns

EXHIBIT 'B'

FILED
APR 29 2022
CAMILLE ROBERTS DULANEY
LEE CO. CIRCUIT CLERK      D.C.

in that particular room. If one of the members of the inspection party identified a particular concern as their responsibility for repair, this is noted in the table by a checkmark.

**The Manufacturer, the Retailer and the Installer are each requested to review this inspection report and submit an inspection summary letter to the homeowner and the State Fire Marshal's office that includes their summary of the on-site inspection and a determination of which items listed in the table will be their responsibility to correct or repair. These inspection summary letters are to be submitted to our office within 20 days of the date of this letter.** It is requested the letters include copies of any and all work orders for repair work previously done to the home and accepted by the homeowner. It is also requested that the summary include a statement of any further responsibility that each company may have regarding this consumer complaint.

If you have any questions regarding the information in this report, please contact our office at (601) 359-1061 or by fax at (601) 359-1076.

Respectfully,

Tim Fagerburg
Deputy Supv., Factory-Built Home Division
MS State Fire Marshal's Office

BY: Donald Wilson, Deputy State Fire Marshal

Cc:  Ricky Davis, Fire Marshal, State Chief Deputy
     Manufacturer/ Retailer/ Installer-Transporter

FILED
APR 29 2022
CAMILLE ROBERTS DULANEY
LEE CO CIRCUIT CLERK   D.C.

| Consumer Complaint # Patsy Young | | | | |
|---|---|---|---|---|
| Room | Observed Homeowner Issues | Determination of Responsibility for Repair | | |
| | | Manufacturer | Retailer | Installer |
| Kitchen and main entrance | Floor tile separating<br>Electrical issues<br>Sunken area in Kitchen floor | ✓<br><br>✓ | ✓<br>✓<br> | |
| Throughout home | Cracks in walls<br>Loose trim<br>Heating and Cooling issue<br>Paint not matching up and spots from leaking roof<br>Uneven or unleveled doors | | ✓<br>✓<br>✓<br>✓<br>✓ | |
| Roof | Loose shingles and bad spots in the shingles and roofing materials | ✓ | | |

FILED
APR 29 2022
CAMILLE ROBERTS DULANEY
LEE CO. CIRCUIT CLERK
D.C.