IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATSY YOUNG                                                                          PLAINTIFF

VS.                                            CIVIL ACTION NO. 1:22-CV-84-GHD-DAS

SOUTHERN HOUSING ENTERPRISES, INC.
AKA SOUTHERN HOUSING OF
NETTLETON, INC.;
CHAMPION HOME BUILDERS, INC.;
JOHN DOES #1-5; AND
XYZ CORPORATIONS #1-5                                DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause having come on for hearing at the instance of Plaintiff and Defendants and the Court, being advised that there remain no issues to be adjudicated or determined by the Court between the parties, finds that Plaintiff's claims against the Defendants should be dismissed with prejudice in their entirety.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of Plaintiff against the Defendants are hereby dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

SO ORDERED AND ADJUDGED, this the 18th of February, 2025.

_____
SENIOR U.S. DISTRICT JUDGE

Agreed and Approved:

/s/Rhett Wise
Rhett Wise, Esq.
*Attorney for Plaintiff*

/s/Shane McLaughlin
Shane McLaughlin, Esq.
*Attorney for Defendant Southern Housing Enterprises, Inc.*

/s/Timothy Peeples
Tim Peeples, Esq.
*Attorney for Defendant Champion Home Builders, Inc.*